[No. 4587-1.  Division One.  December 5, 1977.]

FAMILIAN PIONEER, *Plaintiff,* v. JAMES A. CAMPBELL, ET AL, *Defendants,* C & G CONSTRUCTION, INC., ET AL, *Respondents,* DRYWALL SUPPLY, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 786580, William C. Goodloe, J., entered March 19, 1976. *Reversed* by unpublished per curiam opinion.

[No. 4661-1.  Division One.  December 5, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK FOREST HOYT, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 2452, Howard A. Patrick, J., entered April 8, 1976. *Dismissed* by unpublished opinion per James, J., concurred in by Farris, C.J., and Callow, J.

[No. 4919-1.  Division One.  December 5, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN S. ALLMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 76226, Carolyn R. Dimmick, J., entered June 22, 1976. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by James and Williams, JJ.